# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| G. TOM HARRISON, JR. and HOLLY E. HARRISON, Individually and as Natural Guardians of K.H., a Minor,,<br><br>    Plaintiffs,<br><br>    v.<br><br>**PFIZER, INC.,**<br><br>    Defendant. | Civil Action No. 7:12-cv-131 (HL) |

## ORDER

The parties in this case have notified the Court via a Joint Stipulation (Doc. 5) that this case will be included in a multidistrict litigation ("MDL") proceeding of all related federal actions in which plaintiffs, like Plaintiffs here, allege that Zoloft, a Pfizer medication, caused birth defects. The multidistrict litigation proceeding will take place in the Eastern District of Pennsylvania before the Honorable Cynthia M. Rufe. Based on the impending transfer of this case to the Eastern District of Pennsylvania, this Court stays all deadlines and proceedings with the anticipation that the schedule for the case will be set by the MDL court.

**SO ORDERED,** this 29th day of October, 2012.

                                            *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE

ebr